1  RAMIRO MORALES, #167947
   CHRISTINE FIERRO, #191660
2  MORALES & GARY
   2300 Contra Costa Blvd., Ste 310
3  Pleasant Hill, California 94523
   Telephone: (925) 288-1776
4  Facsimile: (925) 288-1856

5  Attorneys for Defendant

6

7

8                         UNTIED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11 NORTH AMERICAN CAPACITY        )   CASE NO. 06-CV-01723-WBS-GGH
12 INSURANCE COMPANY              )
                                  )   STIPULATION EXTENDING TIME FOR
13     Plaintiff,                 )   FILING AN ANSWER AND PROPOSED
                                  )   ORDER THEREOF
14 vs.                            )
                                  )
15 NORTHBROOK PROPERTY AND        )
   CASUALTY INSURANCE COMPANY     )
16 (N.K.A. ST. PAUL PROTECTIVE    )
   INSURANCE COMPANY)             )
17                                )
       Defendant.                 )
18 _____

19

20

21     The parties hereto, through their respective counsel, stipulate to the following

22 extension of time for Defendants filing an answer in this case:

23

24 //

25

26 //

27

28

-1-

1. Respondents shall have until September 12, 2006, an extension of 14 days, for the filing of their Answer to Plaintiff's Complaint.

Dated: August, 30, 2006 /s/ Matthew Cookson

Joseph L. Olivia
Matthew L. Cookson
Michael S. Faircloth
Attorneys for Plaintiff
NORTH AMERICAN CAPACITY
INSURANCE COMPANY

Dated: August 28, 2006 /s/ Christine Fierro

Ramiro Morales
Christine Fierro
Attorneys for Defendant
NORTHBROOK PROPERTY AND
CASUALTY INSURANCE COMPANY

It is so Ordered.

Dated: September 1, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

S:\DOCS\TR2593\STP060901.elec.sig..wpd