MORALES & GRAY
RAMIRO MORALES, #167947
CHRISTINE FIERRO, #191660
2300 Contra Costa Blvd., Ste 310
Pleasant Hill, California  94523
Telephone:  (925) 288-1776
Facsimile:   (925) 288-1856

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NORTHBROOK PROPERTY AND CASUALTY INSURANCE COMPANY (N.K.A. ST. PAUL PROTECTIVE INSURANCE COMPANY),<br><br>　　　　Defendant. | CASE NO.  06-CV-01723-WBS-GGH<br><br>**STIPULATION EXTENDING TIME FOR FILING AN ANSWER AND PROPOSED ORDER THEREOF** |

　　　　The parties hereto, through their respective counsel, stipulate to the following extension of time for Defendant filing an answer in this case:

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1. Respondents shall have until September 26, 2006, pursuant to a second extension of 14 days, for the filing of their Answer to Plaintiff's Complaint.

DATED: September 12, 2006          OLIVA & ASSOCIATES, ALC

By:     /s/ Michael S. Faircloth
_____
Joseph L. Oliva
Matthew L. Cookson
Michael S. Faircloth
Attorneys for Plaintiff,
NORTH AMERICAN CAPACITY
INSURANCE COMPANY

DATED: September 12, 2006          MORALES & GARY

By:     /s/ Christine Fierro
_____
Ramiro Morales
Christine Fierro
Attorneys for Defendant,
NORTHBROOK PROPERTY AND
CASUALTY INSURANCE COMPANY

IT IS SO ORDERED.

DATED: September 20, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com