OLIVA & ASSOCIATES, ALC
Joseph L. Oliva, Esq., State Bar No. 113889
Matthew L. Cookson, Esq., State Bar No. 219150
Michael S. Faircloth, Esq., State Bar No. 211153
11838 Bernardo Plaza Court, Suite 101A
San Diego, California 92128
Telephone:  (858) 385-0491
Facsimile:  (858) 385-0499

Attorneys for Plaintiff,
NORTH AMERICAN CAPACITY INSURANCE
COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NORTHBROOK PROPERTY AND CASUALTY INSURANCE COMPANY (N.K.A. ST. PAUL PROTECTIVE INSURANCE COMPANY),<br><br>　　　　Defendant. | CASE NO.  S-06-CV-01723-WBS-GGH<br><br>**STIPULATION CONTINUING STATUS CONFERENCE** |

　　　　The parties hereto, through their respective counsel, stipulate to the following continuance of the status conference scheduled in this case:

　　　　1.　　The status conference, previously scheduled in this matter for October 23, 2006, shall be held on December 18, 2006, at 9:00 a.m., before The Honorable William B. Shubb, in Courtroom No. 5. At least twenty-one (21) calendar days before the scheduling conference is held, the parties shall confer and develop a proposed discovery plan, as required by Fed. R. Civ. P. 26(f).

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

2. Pursuant to Local Rule 16-240, the parties shall submit to the court a JOINT Status Report fourteen (14) calendar days prior to the hearing date, pursuant to the Court's previously filed and served Order Setting Status (Pretrial) Scheduling Conference.

DATED: October 4, 2006         OLIVA & ASSOCIATES, ALC

                                */s/ Matthew L. Cookson*
                               By: _____
                                Joseph L. Oliva
                                Matthew L. Cookson
                                Michael S. Faircloth
                                Attorneys for Plaintiff,
                                NORTH AMERICAN CAPACITY
                                INSURANCE COMPANY


DATED: October 4, 2006         MORALES & GARY

                                */s/ Christine Fierro*
                               By: _____
                                Ramiro Morales
                                Christine Fierro
                                Attorneys for Defendant,
                                NORTHBROOK PROPERTY AND
                                CASUALTY INSURANCE COMPANY

IT IS SO ORDERED.

DATED: October 6, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2  STIPULATION
Case No. 06-CV-01723-WBS-GGH

PDF created with pdfFactory trial version www.pdffactory.com