OLIVA & ASSOCIATES, ALC
Joseph L. Oliva, Esq., State Bar No. 113889
Matthew L. Cookson, Esq., State Bar No. 219150
11838 Bernardo Plaza Court, Suite 101A
San Diego, CA  92128
Telephone:  (858) 385-0491
Facsimile:   (858) 385-0499

Attorneys for Plaintiff,
NORTH AMERICAN CAPACITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>v.<br><br>NORTHBROOK PROPERTY AND CASUALTY INSURANCE COMPANY (N.K.A. ST. PAUL PROTECTIVE INSURANCE COMPANY),<br><br>         Defendant. | CASE NO.  06-CV-01723-WBS-GGH<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AND ORDER THEREON**<br><br>**[F.R.C.P. Rule 41(a)(1)(ii)]** |

**IT IS HEREBY STIPULATED,** by and between the parties, Plaintiff, North American Capacity Insurance Company and Defendant, Northbrook Property and Casualty Insurance Company, through their respective designated counsel, that Plaintiff North

/ / /

/ / /

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1 American Capacity Insurance Company's Complaint be dismissed in its entirety, without prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

DATED: December 5, 2006   OLIVA & ASSOCIATES, ALC

By:   /s/ Matthew L. Cookson
_____
Joseph L. Oliva
Matthew L. Cookson
Attorneys for Plaintiff,
NORTH AMERICAN CAPACITY
INSURANCE COMPANY

DATED: November 30, 2006   MORALES & GARY

By:   /s/ Christine Fierro
_____
Ramiro Morales
Christine Fierro
Attorneys for Defendant,
NORTHBROOK PROPERTY AND
CASUALTY INSURANCE COMPANY

IT IS SO ORDERED.

DATED: December 4, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com